

Peter L. Contini
Partner
pcontini@lbcclaw.com
Direct Dial 516.837.7320

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

July 16, 2015

*Via ECF*
Hon. Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722-9014

   Re: <u>Harrison J. Edwards v. Inc. Village of Freeport, et al.,</u>
      Docket No.:  13-CV-0034 (JMA) (GRB)
      LBCC File No.:  566-94983

Dear Judge Azrack:

  My office represents defendant Dennis Warren in the above-referred matter. In your memorandum and order dated July 13, 2015, (ECF No. 46) you requested advice as to whether my client's motion for sanctions (ECF No. 41) would be withdrawn. After consulting with my client we have decided that we will withdraw our motion for sanctions.

                Respectfully submitted,

                Peter L. Contini

PLC:mc