**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

July 29, 2015

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 901
UNIONDALE, NEW YORK 11553
(516) 880-8484

KEITH M. CORBETT, ESQ.

FAX:      516-880-8483
KCORBETT@HARRISBEACH.COM

**VIA ECF**
Hon Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

RE: Harrison J. Edwards
-v-
Incorporated Village of Freeport et al.
United States District Court
Eastern District of New York
Case No.: 13 cv 0034

Dear Judge Azrack:

Our office represents the defendant, The Incorporated Village of Freeport, (hereinafter "Village Defendant") in reference to the above captioned matter. After conversations with my client, please be advised that the Village of Freeport will be pursuing its Counterclaims.

As always, if the court has any questions, please do not hesitate to contact my office. Thank you.

Respectfully submitted,

HARRIS BEACH PLLC
*Attorneys for Village Defendant*

  S/
By: Keith M. Corbett, Esq.
Attorney for Village Defendants
The OMNI
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553
(516)880-8484

Cc: **VIA ECF**
Harrison J. Edwards
*PRO SE*
336 South Ocean Avenue
P.O. Box 191
Freeport, NY 11520