# HARRIS BEACH PLLC
ATTORNEYS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 901
UNIONDALE, NEW YORK 11553
(516) 880-8484

**KEITH M. CORBETT, ESQ.**

FAX:    516-880-8483
KCORBETT@HARRISBEACH.COM

June 20, 2016

**VIA ECF**
Hon Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

        RE:  Harrison J. Edwards
            -v-
            Incorporated Village of Freeport et al.
            United States District Court
            Eastern District of New York
            Case No.: 13 cv 0034

Dear Judge Brown:

    Our office represents the defendant, The Incorporated Village of Freeport, (hereinafter "Village Defendant") in reference to the above captioned matter. As you are aware, Judgment was entered in favor of the Village Defendant dismissing the Plaintiff's complaint in its entirety. Please be advised, that after consultation with my client, the Village Defendant will not be pursuing the counterclaim in this matter.

    As always, if the court has any questions, please do not hesitate to contact my office. Thank you.

                  Respectfully submitted,

                  HARRIS BEACH PLLC
                  *Attorneys for Village Defendant*

                  ____S/Keith M. Corbett, Esq.___
                  By: Keith M. Corbett, Esq.
                  Attorney for Village Defendants
                  The OMNI
                  333 Earle Ovington Blvd., Suite 901
                  Uniondale, New York 11553
                  (516)880-8484

June 20, 2016
Page 2

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

Cc: **VIA ECF**
    Harrison J. Edwards
    *PRO SE*
    336 South Ocean Avenue
    P.O. Box 191
    Freeport, NY 11520